**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles DOGAN, Jr., a/k/a Chuckie
Dogan, Defendant–Appellant.**

No. 00–6977.

United States Court of Appeals,
Fourth Circuit.

Submitted July 31, 2001.

Decided Aug. 21, 2001.

Charles Dogan, Jr., pro se.

Michael Lee Keller, Office of the United States Attorney, Charleston, WV, for appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Charles Dogan, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Dogan,* Nos. CR–96–66; CA–99–111 (S.D.W. Va. dated May 23, 2000; entered May 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Appellant's *Apprendi* claim is not cognizable.